**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>NICHOLAS FERNANDEZ,<br><br>Defendant. | Case No.: 7:26-CR-00019-WLS-ALS-2 |

**ORDER**

On October 1, 2026, the Court ordered that Defendant Nicholas Fernandez receive a psychological evaluation. (Doc. 36.) The Court therefore committed Fernandez to the Attorney General's custody for a reasonable period not to exceed 30 days. (*Id.* at 2.) On October 19, 2026, the Court received a letter from the acting warden of Federal Correctional Institution ("FCI") Butner. The letter states that Fernandez arrived at FCI Butner on October 14, 2026.

The Court sua sponte **ORDERS** that the 30-day evaluation period under 18 U.S.C. § 4247(b) shall begin on October 14, 2026. The 30-day period thus expires on Friday, November 13, 2026. Additionally, the Clerk is **DIRECTED** to file the letter received on October 19, 2029, on the Docket for the sake of transparency, and to forward a copy of this Order to the acting warden of FCI Butner.

**SO ORDERED**, this 26th day of October, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**